```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 12946
   ROSEA MILLER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-0197


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/11/2006 and was confirmed 01/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/13/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
AMERICASH LOANS LLC        UNSECURED           999.43            .00         159.26
AMERICA ONLINE             UNSECURED        NOT FILED            .00            .00
AMERICAN DEBT COLLECTION   UNSECURED        NOT FILED            .00            .00
BALLYS TOTAL FITNESS       UNSECURED        NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED        NOT FILED            .00            .00
COLUMBUS BANK & TRUST      UNSECURED        NOT FILED            .00            .00
DEVRY INC                  UNSECURED              .00            .00            .00
FIRST PREIMER BANK         UNSECURED        NOT FILED            .00            .00
FIRST PREIMER BANK         UNSECURED        NOT FILED            .00            .00
HSBC NV                    UNSECURED        NOT FILED            .00            .00
LOAN EXPRESS CO            UNSECURED        NOT FILED            .00            .00
MAXWELL & ASSOCIATES       UNSECURED        NOT FILED            .00            .00
MEDICAL RECOVERY SPECIAL   UNSECURED        NOT FILED            .00            .00
PAYDAY LOAN STORE OF IL    UNSECURED           263.60            .00          42.00
PLAINS COMMERCE BANK       UNSECURED           237.20            .00          37.80
PLAZA FINANCE CO           UNSECURED        NOT FILED            .00            .00
METRIS                     UNSECURED              .00            .00            .00
SALLIE MAE GUARANTEE SER   UNSECURED              .00            .00            .00
SALLIE MAE GUARANTEE SER   UNSECURED              .00            .00            .00
SALLIE MAE GUARANTEE SER   UNSECURED              .00            .00            .00
SALLIE MAE GUARANTEE SER   UNSECURED              .00            .00            .00
SALLIE MAE INC             UNSECURED              .00            .00            .00
SALLIE MAE INC             UNSECURED              .00            .00            .00
SALLIE MAE LSCF            UNSECURED              .00            .00            .00
THE RECOVERY SERVICES      UNSECURED        NOT FILED            .00            .00
TRANSWORLD SYSTEMS INC     UNSECURED        NOT FILED            .00            .00
ASPIRE                     UNSECURED          1127.81            .00         179.72
WFCB BLAIR CATALOG         UNSECURED        NOT FILED            .00            .00
WORLDWIDE ASSET PURCHASI   UNSECURED            94.91            .00          15.12
RECOVERY MANAGEMENT SYST   UNSECURED              .00            .00            .00
LOAN EXPRESS CO            SECURED NOT I      196.28            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,334.00                       2,334.00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 12946 ROSEA MILLER
```

```
TOM VAUGHN                TRUSTEE                                       178.52
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   2,946.42

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                               433.90
ADMINISTRATIVE                                        2,334.00
TRUSTEE COMPENSATION                                    178.52
DEBTOR REFUND                                              .00
                          ---------------       ---------------
TOTALS                    2,946.42                    2,946.42
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 03/27/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE